UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD MARTINEZ,<br><br>                    Plaintiff,<br><br>     v.<br><br>DR. L. A. DELIO, et al.,<br><br>                    Defendants.<br>_____/ | CASE No.   1:11-cv-01088-LJO-MJS (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS FINDING COGNIZABLE CLAIMS AND DISMISSING CERTAIN CLAIMS AND DEFENDANTS<br><br>(ECF No. 16)<br><br>ACTION TO REMAIN OPEN |

On July 1, 2011, Plaintiff Bernard Martinez, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983. (ECF No. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. 636(b)(1)(B) and Local Rule 302 of the United States District Court for the Eastern District of California. Plaintiff declined to extend Magistrate Judge jurisdiction to all matters and for all purposes in this case. (ECF No. 5.)

On August 30, 2012, Findings and Recommendations Finding Cognizable Claims and Dismissing of Certain Claims and Defendants (ECF No. 16) were filed. There the


Magistrate Judge recommended that all claims in Plaintiff's First Amended Complaint except for his Eighth Amendment claims against Defendants Martha, Sonia, and Nguyen, and all Defendants named in this action except for Defendants Martha, Sonia, and Nguyen should now be dismissed with prejudice by the District Judge.

The parties were notified that objection, if any, was due within fourteen days. No party filed an objection to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Court adopts the Findings and Recommendations filed August 30, 2012, in full,

2. Plaintiff's First Amended Complaint except for his Eighth Amendment claims against Defendants Martha, Sonia, and Nguyen is DISMISSED with prejudice,

3. All Defendants named in this action except for Defendants Martha, Sonia, and Nguyen are DISMISSED with prejudice, and

4. This action shall remain open. IT IS SO ORDERED.

Dated:   October 18, 2012                       /s/ Lawrence J. O'Neill
                                                UNITED STATES DISTRICT JUDGE