# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD MARTINEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DR. L. A. DELIO, et al.,<br><br>　　　　Defendants. | Case No. 1:11-cv-01088-LJO-MJS (PC)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR STATUS**<br><br>**(ECF No. 43)**<br><br>**CLERK TO PROVIDE PLAINTIFF WITH A COPY OF ECF No. 41** |

　　　　Plaintiff Bernard Martinez is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. This matter proceeds against Defendants Martha, Sonia, and Nguyen on claimed medical indifference.

　　　　On December 6, 2012, the Court ordered service upon Defendants Martha, Sonia, and Nguyen by the U.S. Marshal. The Marshal was unable to locate these Defendants and returned the summons un-executed. Plaintiff provided additional service information for Defendants Martha and Sonia and the Court ordered the Marshal to re-serve them. Defendant Martha was not located and summons was again returned unexecuted. The Marshal was able to effect service on Defendant Sonia and return the executed summons.

　　　　On February 18, 2014 Plaintiff moved for re-service of Defendants Martha and Nguyen. The Court, on May 19, 2014, granted the motion for re-service of Defendant Martha and ordered Plaintiff to show cause why Defendant Nguyen should not be dismissed due to insufficient information to effectuate service of process. (ECF No. 41.)

1

Accordingly, for the reasons stated it is HEREBY ORDERED that:

1. Plaintiff's motion for service status (ECF No. 43) is GRANTED with the foregoing a sufficient report thereof, and

2. The Court Clerk is directed to provide Plaintiff with a copy of the Court's May 19, 2014 order docketed as ECF No. 41.

IT IS SO ORDERED.

Dated: June 5, 2014               /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE