UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD MARTINEZ,<br><br>                  Plaintiff,<br><br>         v.<br><br>L. A. DELIO, et al.,<br><br>                  Defendant(s). | 1:11-cv-01088-LJO-MJS (PC)<br><br>ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO MODIFY SCHEDULING ORDER<br><br>(Document# 78)<br><br>DISPOSITIVE MOTIONS DUE THIRTY DAYS FROM RULING ON PLAINTIFF'S PROPOSED SECOND AMENDED COMPLAINT |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On July 2, 2015, Defendants filed a motion to modify the scheduling order to extend the deadline for filing dispositive motions to August 14, 2015. Defendants present two reasons for extension.

First, Defendants suggest that the dispositive motion deadline should be extended because the discovery cut-off was extended to July 14, 2015, two days before the current dispositive motion deadline. However, the discovery cut-off was extended for the limited purpose of allowing Plaintiff to conduct additional discovery. (ECF No. 76.) Such an extension should not affect their ability to file dispositive motions by the deadline.

1

Second, Defendants seek an extension on the ground that Plaintiff intends to amend his complaint to add claims that, according to Defendants, are not properly exhausted. The Court notes that Plaintiff has lodged a second amended complaint (ECF No. 77), but that the Court has yet to determine whether such complaint may be filed. The pendency of Plaintiff's proposed second amended complaint presents good cause for an extension of time.

However, the issue of whether Plaintiff's proposed second amended complaint may be filed likely will not be resolved prior to Defendants' requested August 14, 2015 deadline. The Court will not entertain a motion for summary judgment on claims that are not yet before the Court. Accordingly, the Court will afford the parties thirty days from the date of ruling on Plaintiff's proposed second amended complaint to file dispositive motions.

Based on the foregoing, Defendants' request to modify the scheduling order is HEREBY GRANTED. The parties are granted thirty days from the date of ruling on Plaintiff's proposed second amended complaint to file dispositive motions.

IT IS SO ORDERED.

Dated:   July 17, 2015                          /s/ *Michael J. Seng*
                                                UNITED STATES MAGISTRATE JUDGE